

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:        Tedros B. Salemi v. Mohammed N. Mohammed

Appellate case number:     01-19-00691-CV

Date Motion Filed:        March 11, 2020

Party Filing Motion:       Appellant, Tedros B. Salemi


      It is ordered that the motion for rehearing is **denied**.


Judge's signature: _____/s/ Sherry Radack_____
          ☐ Acting individually    ☒ Acting for the Court

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.

Date: _____April 7, 2020_____